APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT PANZER, et al. : CIVIL ACTION
:
v. :
:
VERDER ENERGY USA, INC., et. al :
: NO. 2:19-cv-03598

ORDER

AND NOW, this     Day of     , 20   , it is hereby

ORDERED that the application of <u>D. Greg Blankinship</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:19-cv-03598

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, _____D. Greg Blankinship_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New York | 09/15/2010 | 4828265 |
| Commonwealth of MA | 12/13/2002 | 655430 |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| U.S.D.C.-SDNY | 07/23/2011 | DB1723 |
| U.S.D.C.-WDNY | 09/23/2013 | None |
| U.S.D.C.-EDNY | 02/20/2014 | BB3134 |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for    SCOTT PANZER

(Applicant's Signature)

9-18-19
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

FINKELSTEIN, BLANKINSHIP, FRI-PEARSON & GARBER, LLP

445 HAMILTON AVENUE, SUITE 605, WHITE PLAINS, NY 10601

TEL. (914) 298-3290

Sworn and subscribed before me this

18 Day of September, 2019

Notary Public

EVELYN L. OZUNA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OZ6351420
Qualified in Bronx County
My Commission Expires 12-05-2020

10/04

B. I state that I am currently admitted to practice in the following federal jurisdiction (continued):

| | | |
|---|---|---|
| U.S.D.C.-Connecticut | 6/3/2011 | 28627 |
| U.S.D.C.-Massachusetts | 04/29/2003 | None |
| U.S.D.C.-NDNY | 1/12/2016 | 519819 |
| US. Court of Appeals-1st Circuit | 9/7/2006 | 115565 |
| U.S. Court of Appeals-2nd Circuit | 9/13/2011 | 14848 |
| U.S. Court of Appeals-7th Circuit | 7/2/2015 | None |
| U.S. Court of Appeals-9th Circuit | 11/29/2016 | None |

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of  D. Greg Blankinship  to Practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above referenced State and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested Counsel.

D. Greg Blankinship is especially qualified to represent Plaintiff and the putative class in this case. Mr. Blankinship and his firm, Finkelstein, Blankinship, Frei-Pearson & Garber, LLP ("FBFG") have been at the forefront of litigation against independent energy companies like Verde Energy USA, Inc and Oasis Power, LLC since 2011, when Mr. Blankinship brought the first class action of its kind, *Wise v. Energy Plus Holdings LLC*, Case No. 1:11-cv-07345 (S.D.N.Y.). Since then, Mr. Blankinship and FBFG have represented consumers against other energy companies numerous times, including *Hamlen v. Gateway Energy Services Corp.*, No. 16-03526 (S.D.N.Y.), *Edwards v. North American Power & Gas, LLC*, No. 14-1714 (D. Conn.), *Claridge et al. v. North American Power & Gas, LLC.*, No, 15-1261 (S.D.N.Y.), *Chen v. Hiko Energy, LLC, No. 14-1771* (S.D.N.Y.), *Gonzales v. Agway energy Services, LLC.*, No. 18-0235 (N.D.N.Y.), *Lane, et. al. v. Direct energy, LLC.*, No. 19-0674 (S.D. N. Y), *Stanley v. Direct Energy, LLC.*, No. 19-3759 (S.D.N.Y)*, and *McLauglin v. IDT Energy*, No. 14-4107 (E.D.N.Y.). These cases have resulted in tens of millions of dollars being made available to aggrieved consumers in class action settlements. Mr. Blankinship is also counsel to plaintiffs in other pending cases against Spark Energy Inc., the parent company of both Verde Energy USA,

Inc and Oasis Power, LLC. *See Rolland v. Spark Energy, LLC*, No. 17-02680 (D. N.J.) and *IUE-CWA Local 901 v. Spark Energy, LLC*, and No. 19-00389 (N.D. Ind.). No attorney in the United States has more experience representing consumers in class actions against independent energy companies like Verde Energy USA, Inc and Oasis Power, LLC than D. Greg Blankinship.

| | | | |
|---|---|---|---|
| James C. Shah | /s/ James C. Shah | 11/17/1997 | 80337 |
| Sponsor's Name | Sponsor's Signature | Admission Date | Attorney Identification No. |

SPONSOR'S OFFIE ADDRESS AND TELEPHONE NUMBER:

SHEPHARD, FINKELMAN, MILLER & SHAH, LLP

35 E. STATE STREET, MEDIA, PA 19063

TEL. 610-891-9880

Sworn and Subscribed before me this

26th Day of September, 20 19

Notary Public

NOTARIAL SEAL
SUSANNE M MOSS
Notary Public
MEDIA BORO, DELAWARE COUNTY
My Commission Expires Jun 3, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT PANZER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| VERDER ENERGY USA, INC., et. al | : | |
| | : | NO. 2:19-cv-03598 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___D. Greg Blankinship___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

This motion was filed via CM/ECF today, 9/20/19 , and copies will be sent

to all parties by operation of the Court's electronic filing system.

/s/ James C. Shah
Signature of Attorney

James C. Shah
Name of Attorney

Scott Panze
Name of Moving Party

9/20/19
Date