IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| SCOTT PANZER          )<br>                              )<br>       V.                    )<br>                              )<br>VERDE ENERGY USA, INC. and,  )<br>OASIS POWER, LLC             )<br>                              ) | Civil Action No. 2:19-cv-03598<br><br>**NOTICE OF CHANGE<br>OF ADDRESS** |

TO THE CLERK AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the address of the Pennsylvania office of Shepherd, Finkelman, Miller & Shah, LLP and for James C. Shah counsel for Plaintiff in the above-captioned action, has been changed to the following:

NEW ADDRESS
Shepherd, Finkelman, Miller & Shah, LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103

PREVIOUS ADDRESS
Shepherd, Finkelman, Miller & Shah, LLP
35 East State Street
Media, PA 19063

All telephone and facsimile numbers and email addresses remain the same.

DATED: October 11, 2019

Respectfully submitted,
Shepherd, Finkelman Miller & Shah, LLP

By: */s/* James C. Shah
James C. Shah
Natalie Finkelman Bennett
1845 Walnut Street, Suite 806
Philadelphia, PA 19103

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2019 I caused a copy of the foregoing document to be served on all parties of record by filing it via the Court's CM/ECF system.

                                                   */s/* James C. Shah
                                                   James C. Shah