**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SCOTT PANZER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **VERDE ENERGY USA, INC. and** | : | |
| **OASIS POWER, LLC** | : | **NO. 19-3598** |

## ORDER

**NOW**, this 10th day of February, 2020, upon consideration of the defendants' Motion to Dismiss or Stay (Doc. No. 12), the plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** as follows:

1.      The parties may engage in limited discovery bearing on the issue of whether an agreement to arbitrate exists.

2.      The limited discovery shall be completed no later than March 27, 2020.

3.      At the conclusion of limited discovery, the defendants' may renew their motion to dismiss which will be reviewed under the summary judgment standard.


/s/ TIMOTHY J. SAVAGE J.