IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT PANZER, individually and on behalf of all others similarly situated,** | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| **VERDE ENERGY USA, INC. and OASIS POWER, LLC** | : | **NO. 19-3598** |

## ORDER

**NOW**, this 17th day of December, 2020, upon consideration of the defendants' Renewed Motion to Dismiss and to Compel Arbitration (Doc. No. 58), the plaintiff's response (Doc. No. 63), the defendants' reply (Doc. No. 64), the plaintiff's sur-reply (Doc. No. 67), and after oral argument, it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that trial on the issue of whether the plaintiff received the September 2017 and February 2018 letters containing an agreement to arbitrate will be scheduled for a date in March, 2021.

/s/ Timothy J. Savage_____
TIMOTHY J. SAVAGE, J.