# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT PANZER, individually and on behalf of all others similarly situated,** | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | |
| **VERDE ENERGY USA, INC. and OASIS POWER, LLC** | : | **NO. 19-3598** |

## ORDER

**NOW**, this 27th day of May, 2021, upon consideration of Public Justice's motion for leave to file an *amicus* brief (Document No. 86) and the defendants' response (Document No. 87), **IT IS ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.